# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 25, 2018

## NO. 03-17-00033-CR

**Ex parte John Phillip Devine III**

**APPEAL FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN**
**AFFIRMED ON MOTION FOR REHEARING—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.